FILED

2026 Jul-08  PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **UNITED STATES** | |
| **v.** | **Case 6:25-cr-439-ACA-JHE** |
| **PATRICIA HILTON HAMMONDS** | |

## UNITED STATES' RESPONSE TO PATRICIA HILTON HAMMONDS' MOTION FOR INTERSTATE TRAVEL PERMISSION

Patricia Hammonds has requested permission to travel to Florida in September for a family vacation. Doc. 76. The Court has requested the government's and probation officer's positions. Doc. 77.

The government has consulted with the probation officer who supervises Hammonds. Neither the government nor the probation officer has any objection to Hammonds' request to travel to Florida in September for the vacation as outlined. Hammonds' bond conditions, including her travel-related conditions, should otherwise remain in effect as before.

Respectfully submitted,

PHILLIP W. WILLIAMS JR.
United States Attorney

*/s/ Allison J. Garnett*
ALLISON J. GARNETT
Assistant United States Attorney

1

*/s/ John B. Ward*
JOHN B. WARD
Assistant United States Attorney


HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*/s/ Alec Ward*
ALEC WARD
Trial Attorney
Civil Rights Division

*/s/ Cassandra Hughes*
CASSANDRA HUGHES
Trial Attorney
Civil Rights Division

**CERTIFICATE OF SERVICE**

I certify that, on July 8, 2026, I filed this document via the CM/ECF system, which caused a copy to be served on counsel of record.

/s/John B. Ward
JOHN B. WARD
Assistant United States Attorney